**METRO PUBLISHING GROUP, INC. Plaintiff**

**Michael C. Williams Plaintiff-Appellant**

v.

**James W. MURPHY; I B Property, LLC; Michael Ernest Boyd Defendants-Appellees**

No. 16-2780

United States Court of Appeals, Eighth Circuit.

Submitted: April 18, 2017

Filed: April 18, 2017

Michael C. Williams, Pro Se

Abby Duncan, Assistant City Counselor, Nancy Ellen Emmel, City Counselor's Of-

---

fice, Saint Louis, MO, for Defendant-Appellee James W. Murphy

James V. Noonan, Noonan & Lieberman, Chicago, IL, for Defendant-Appellee I B Property, LLC

Michael Ernest Boyd, Attorney, The Boyd Law Group, L.C., Saint Peters, MO, for Defendant-Appellee Michael Ernest Boyd

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

In this removed 42 U.S.C. § 1983 action, Michael Williams seeks to appeal after the district court[1] dismissed his complaint and denied his motions for reconsideration. After careful review, we dismiss the appeal for lack of appellate jurisdiction because Williams's notice of appeal did not designate the order, judgment, or part thereof that he was appealing. See Fed. R. App. P. 3(c)(1)(B) (notice of appeal must designate judgment, order, or part thereof being appealed); Smith v. Barry, 502 U.S. 244, 248, 112 S.Ct. 678, 116 L.Ed.2d 678 (1992) (Rule 3 requirements are jurisdictional). We also deny as moot Williams's pending motions.[2]

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.

2. We note that to the extent that Williams attempted to assert a state-law claim, that claim was dismissed without prejudice. See

Hassett v. Lemay Bank & Trust Co., 851 F.2d 1127, 1130 (8th Cir. 1988).